UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 25-338-DMG (PDx)** | Date | September 22, 2025 |
| Title | *Norma Newell v. General Motors, LLC, et al.* | Page | **1** of **1** |

Present: The Honorable   DOLLY M. GEE, CHIEF UNITED STATES DISTRICT JUDGE

| DEREK DAVIS | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings:   IN CHAMBERS—ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT IMPOSE SANCTIONS ON THE PARTIES' COUNSEL AND STRIKE THE REQUEST FOR JURY TRIAL**

On April 7, 2025, the Court issued a Scheduling and Case Management Order for Jury Trial. [Doc. # 20 ("CMO").] Pursuant to the CMO, the Final Pretrial Conference is scheduled for October 7, 2025, followed by a jury trial set for November 4, 2025. In preparation, the parties were required to file their Joint Status Report re Settlement, Motions *in Limine* (if any)*,* Proposed Pretrial Conference Order, Contentions of Fact/Law, Pretrial Exhibit Stipulation, Joint Exhibit List, Witness Lists & Joint Trial Witness Time Estimate Form, Agreed Statement of the Case, Proposed Voir Dire Questions, Joint Statement of Jury Instructions, Joint Statement of Disputed Instructions, and Verdict Forms by **September 16, 2025**.

To date, the parties have not filed any of these pretrial documents. Plaintiffs' and Defendant's respective attorneys are hereby **ORDERED TO SHOW CAUSE** why the Court should not impose sanctions upon them for failure to comply with a Court Order and deem the request for jury trial waived. *See* CMO at 10.[1] The attorneys' joint response to this Order shall be filed by **September 29, 2025**.

**IT IS SO ORDERED.**

---

[1] Page reference is to the page number inserted by the CM/ECF system.